**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

Chambers of
**PATRICK J. SCHILTZ**
DISTRICT JUDGE

Warren E. Burger Federal Building
316 North Robert Street
St. Paul, Minnesota  55101
(651) 848-1900

October 12, 2006

| | |
|---|---|
| Alton L. Gwaltney, III, Esquire | Michelle S. Grant, Esquire |
| James P. McLouglin, Jr., Esquire | Stephen P. Lucke, Esquire |
| Mark A. Nebrig, Esquire | Kristina W. Carlson, Esquire |
| Moore & Van Allen - Charlotte | Timothy E. Branson, Esquire |
| 100 Tryon Street North | Dorsey & Whitney, LLP |
| Suite 4700 | 50 South Sixth Street |
| Charlotte, NC 28202-4003 | Suite 1500 |
| | Minneapolis, MN 55402 |
| | |
| Edward J. Feinstein, Esquire | John G. Engberg, Esquire |
| Jere Krakoff, Esquire | Mark W. Bay, Esquire |
| John Stember, Esquire | Peterson Engberg & Peterson |
| Pamina G. Ewing, Esquire | 400 Second Avenue South |
| Stephen M. Pincus, Esquire | Suite 700 |
| Stember Feinstein | Minneapolis, MN 55401 |
| 429 Forbes Avenue | |
| Suite 1705 | |
| Pittsburgh, PA 15219 | |

William T. Payne, Esquire
Law Office of William T. Payne, LLC
1007 Mount Royal Boulevard
Pittsburgh, PA 15223

      RE:    REXAM, INC. v. WALDO W. SLAGERMAN, et al.
              Civil No.  03-2998 (PJS/JJG)

Dear Counsel,

      I realized yesterday that, due to a misunderstanding within my chambers, we scheduled too many trials for late November and early December, and certain cases — including yours — that were supposed to be scheduled to begin trial on November 29 were instead scheduled to begin trial on December 5.

      I am firmly committed to trying your case this year.  Given the complexity of the case, I do not want to delay its start until December 5.  Therefore, I have rescheduled your case to begin trial on Wednesday, November 29.  We will have the pretrial conference on Monday, November 27. Attached please find a new "Trial Notice and Final Pretrial Order," which replaces the order that you received earlier, and which sets forth revised deadlines for your papers.

Alton L. Gwaltney, III, Esquire
October 12, 2006
Page 2


As discussed at the hearing on September 28, 2006, the International Association of Machinists and Aerospace Workers union will be dismissed out of this case and added to the Angotti v. Rexam, Inc., case, Civil No. 06-657 (PJS/JJG). For this reason, the attached trial notice does not include the Machinists union.

Please accept my apology for any inconvenience that this causes. I am a new judge, and my staff is a new staff. We are doing our best, but a few beginner's mistakes are unavoidable. Again, I am sorry to have to move up the trial of your case by one week.

> Sincerely,
>
> s/Patrick J. Schiltz
>
> Patrick J. Schiltz
> United States District Judge